```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:96-00188

JOEY E. BESS

## MEMORANDUM OPINION AND ORDER

The court is in receipt of an amended addendum from the Probation Office regarding defendant's eligibility for a sentence reduction based on the November 1, 2007, amendment to the United States Sentencing Guidelines. The parties are hereby **ORDERED** to file supplemental memoranda addressing the amended addendum no later than October 1, 2009.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to Defendant, the United States Attorney, the Federal Public Defender, and the United States Probation Office.

**IT IS SO ORDERED** this 28th day of August, 2009.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge